LOWRY BLIXSETH LLP
Scott M. Lowry (CA Bar No. 244504)
Email: Scott@LawLB.com
Stuart O. Lowry (CA Bar No. 80336)
Email: Stuart@LawLB.com
23632 Calabasas Road, Suite 201
Calabasas, California 91302
Telephone: (818) 584-6460
Facsimile: (818) 574-6026

*Attorneys for Plaintiff and Counter Defendant:*
*Decathlon, S.A.*

DORSEY & WHITNEY LLP
Case Collard (CA Bar No. 245834)
Email: collard.case@dorsey.com
Lee F. Johnson (admitted *pro hac vice*)
Email: johnston.lee@dorsey.com
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450

*Attorneys for Defendant and Counter Claimant:*
*Yeti Cycling, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DECATHLON, S.A., a Corporation organized in France,<br><br>        Plaintiff,<br><br>    v.<br><br>YETI CYCLING, LLC, a Delaware | Case No.: CV12-7564 CBM(CWX)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [JS-6]**<br><br>**FRCP, RULE 41(a)(1)**<br><br>Honorable Consuelo B. Marshall |

1

| | | |
|---|---|---|
| 1 | Limited Liability Company; and DOES 1-10, | United States District Court Judge |
| 2 | | Honorable Carla Woehrle |
| 3 | Defendants. | United States Magistrate |
| 4 | YETI CYCLING, LLC, | |
| 5 | | |
| 6 | Counter Claimant, | |
| 7 | v. | |
| 8 | DECATHLON, S.A., | |
| 9 | | |
| 10 | Counter Defendant. | |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) and the stipulation of the parties, IT IS HEREBY ORDERED THAT:

Plaintiff Decathlon, S.A.'s ("Plaintiff") complaint against Yeti Cycling, LLC ("Defendant"), and every cause of action therein is dismissed with prejudice, and Defendant's counterclaims and every cause of action therein against Plaintiff are dismissed with prejudice.  Each party shall bear its own costs and fees incurred in this lawsuit.

Dated: July 21, 2014

_____
Hon. Consuelo B. Marshall
U.S. District Court Judge

2